NOSSAMAN LLP
DREW HANSEN (SBN 218382)
dhansen@nossaman.com
SETH GOLDSTEIN (SBN 232071)
sgoldstein@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

Attorneys for Defendant CARDINAL LOGISTICS MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS HERNANDEZ, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

CARDINAL LOGISTICS MANAGEMENT CORPORATION; and DOES 1 through 50, inclusive,

Defendants.

Case No: 1:26-CV-05339-KES-EGC

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**

Current Response Date: August 12, 2026
New Response Date: September 2, 2026

[Doc. 6]

# ORDER

Upon consideration of the Parties' Stipulation to Extend Time for Defendant to Respond to Complaint ("Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Parties' Stipulation is **GRANTED**, and Defendant Cardinal Logistics Management Corporation's deadline to respond to the Complaint is EXTENDED by twenty-one (21) days. Defendant SHALL file their response by no later than Wednesday, September 2, 2026.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE