# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 1:26-cv-05339-KES-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 10) |

On September 10, 2026, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 10). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE