# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 1:26-cv-05339-KES-EGC<br><br>**AMENDED ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Docs. 10, 12) |

On September 10, 2026, the parties filed a joint stipulation dismissing Plaintiff's claims against Defendant with prejudice and all claims of the putative class members without prejudice. (Doc. 10). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiff's claims against Defendant and without prejudice as to the claims of the putative class. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE